**Order filed February 17, 2015.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00431-CV

_____

## JASMINE RICKS, Appellant

### V.

## QUALITY CARRIERS, INC. & CRAIG L. SMITH, Appellees

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2011-17716**

## ORDER

Appellant's brief was filed February 5, 2015. The court has determined that appellant failed to substantially comply with Rule 38 of the Texas Rules of Appellate Procedure. In particular, appellant has failed to provide a clear and concise argument for each contention made with appropriate citations to the record and to authority. Tex. R. App. P. 38.1(f), (h).

Accordingly, pursuant to Rule 38.9(b), the court strikes the brief filed

February 5, 2015, and orders appellant to file a corrected brief complying with the rules of appellate procedure on or before March 19, 2015. *See* Tex. R. App. P. 38.9(b). If appellant fails to file a brief on or before March 19, 2015, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM